IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:20-cv-578

| | |
|---|---|
| TIMOTHY KAPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT STIPULATION OF** |
| ) | **DISMISSAL** |
| BELK, INC. & BELK ECOMMERCE ) | **WITH PREJUDICE** |
| LLC ) | |
| Defendants. ) | |
| ) | |
| ) | |

COMES NOW, the Plaintiff Timothy Kapp, and the Defendants, BELK, INC. & BELK ECOMMERCE LLC, by and through undersigned counsel, and STIPULATE TO DISMISSAL of all matters and claims asserted against BELK, INC. & BELK ECOMMERCE LLC in this civil action With Prejudice.

This dismissal is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted, this the 16th day of October, 2020.

**MAGINNIS LAW, PLLC**
*Counsel for Plaintiff*

BY: /s/ *Garrett L. Davis*
EDWARD H. MAGINNIS
N.C. State Bar No. 39317
GARRETT L. DAVIS
N.C. State Bar No. 52605
4801 Glenwood Avenue, Suite 310
Raleigh, North Carolina 27612
Telephone: 919.526.0450
Fax: 919.882.8763
emaginnis@maginnislaw.com

gdavis@maginnislaw.com

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ James Dean*
**JAMES DEAN**
N.C. State Bar No. 39623
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Jamie.Dean@wbd-us.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:20-cv-578

| | |
|---|---|
| TIMOTHY KAPP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BELK, INC. & BELK ECOMMERCE )<br>LLC )<br>Defendants. )<br>)<br>) | **CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that a true and current copy of the foregoing has been electronically filed with the Clerk of Court on October 16, 2020, by using the CM/ECF system, which will send notice of the filing to all parties of record.

>*/s/ Garrett L. Davis*
> Garrett L. Davis
> MAGINNIS LAW, PLLC
> 4801 Glenwood Avenue, Suite 310
> Raleigh, NC, 27612
> Telephone: (919) 526-0450
> Facsimile: (919) 882-8763
> gdavis@maginnislaw.com
>
> *Attorney for Plaintiff*